JUDGE SCHEINDLIN

07 CIV 7701

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                  Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SHWARTZ,

                  Defendants.

FED. R. CIV. P. 7.1 DISCLOSURE
STATEMENT

NEW YORK
COUNTY CLERK'S OFFICE

AUG 29 2007

NOT COMPARED
WITH COPY FILE

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Firm, Inc., d/b/a/ "The Firm" ("The Firm"), a nongovernmental corporate party in the above-referenced matter, through their attorneys, submit the following Corporate Disclosure Statement. The Firm has no parent corporation and there is no publicly held corporation that owns 10% or more of The Firm's stock.

Dated: New York, New York
       August 29, 2007

STEPTOE & JOHNSON LLP

By: _____
Michael C. Miller (MM 4632)
Evan Glassman (EG 9493)
Christopher J. Marino (CM 3219)
750 West 7th Avenue, Suite 1900
New York, NY 10019
(212) 506-3900

*Attorneys for Defendants*
  *The Firm, Inc. d/b/a/ "The Firm" and*
  *Constance Schwartz*

Doc. # CC-164669 v.1

*Of Counsel:*
Michael R. Heimbold
Dylan Ruga
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
(310) 734-3200

## CERTIFICATE OF SERVICE

I do hereby certify that on this 29th day of August, 2007, I served a copy of the foregoing **Fed. R. Civ. P. 7.1 Disclosure Statement** on Bradley C. Rosen, Esq., counsel for Plaintiff in the above-captioned matter via electronic mail and Federal Express.

_____
Kimberlyn Brzozowski