UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

        Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SCHWARTZ

        Defendants.

Case No. 07 CV 07701 (SAS) (AJP)

(Oral Argument Requested)

**NOTICE OF MOTION**

---

    PLEASE TAKE NOTICE that, upon the annexed Declaration of Christopher Marino, Esq., sworn to on September 6, 2007, Affidavit of Constance Schwartz, sworn to on September 6, 2007, Memorandum of Law, and all prior pleadings and proceedings herein, defendants The Firm, Inc. ("The Firm") and Constance Schwartz ("Schwartz"), by their counsel, Steptoe & Johnson LLP, will move this Court before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, New York, New York on October 11, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, including Rules 12(b)(2), (3), and (6) dismissing the Complaint of plaintiff Natural Resources Media & Technology Group, LLC, or in the alternative, transferring the case to the Central District of California, together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 6, 2007

STEPTOE & JOHNSON LLP

By: _____
Michael C. Miller (MM 4632)
Evan Glassman (EG 9493)
Christopher J. Marino (CM 3219)
750 Seventh Avenue, Suite 1900
New York, NY 10019
(212) 506-3900

*Attorneys for Defendants
The Firm, Inc., d/b/a "The Firm,"
and Constance Schwartz*

*Of Counsel:*
Michael R. Heimbold
Dylan Ruga
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
(310) 734-3200

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of September, 2007, I served a copy of the foregoing **Notice of Motion,** on Bradley C. Rosen, Esq., counsel for Plaintiff in the above-captioned matter via electronic mail and Federal Express.

                                                                                                                    _____
                                                                                                                    Kimberlyn Brzozowski