UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                  Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SHWARTZ

Case No. 07 cv 07701 (SAS) (AJP)

**AFFIDAVIT OF CONSTANCE SCHWARTZ IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**

State of California    )
                             ) ss.:
County of Los Angeles  )

Constance Schwartz, being duly sworn, deposes and says:

1. I am a defendant in the above-captioned action. I submit this affidavit in support of the motion to dismiss or, in the alternative, transfer the Complaint of plaintiff Natural Resources Media & Technology Group, LLC ("Plaintiff").

2. I currently live in the city of Marina Del Rey, county of Los Angeles, California. I have lived in California for approximately six years and have no intention of moving anywhere else.

3. I, personally, do not regularly do or solicit business, or engage in any regular or persistent conduct, in New York.

4. I do not derive any revenue from goods used or consumed, or services rendered, in New York.

5. I currently work as a Talent Agent and Vice President of Marketing at The Firm, Inc. in Los Angeles, California. I do not have any other businesses and I derive no revenue from interstate or international commerce.

6. With respect to the alleged wrongdoing described in the complaint, I did nothing to purposely myself of the privilege of conducting activities within New York. I did not anticipate being haled into court in New York.

7. I was served with a copy of the Supplemented Summons and Complaint in this action in Los Angeles, California. I do not consent to jurisdiction in New York.

8. I own no real property in New York. I own no bank accounts in New York. I do not have a New York driver's license. I do not pay income taxes in New York.

9. I am informed and believe that each of the other co-defendants in this action is located within the Central District of California,

10. I am informed and believe that the Snoop Youth Football League plays games only in California. The sole exception is the annual "Snooperbowl," which the championship game for the SYFL that is played in the same city as the NFL's Superbowl.

Dated: Los Angeles, California
September 6, 2007

_____
Constance Schwartz

Sworn to before me this
6th day of September 2007

_Kimberly Hollingsworth_
Notary Public



KIMBERLY HOLLINGSWORTH
Commission # 1662366
Notary Public - California
Los Angeles County
My Comm. Expires Apr 30, 2010

Doc. # CC-164669 v.1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of September, 2007, I served a copy of the foregoing **Affidavit of Constance Schwartz in Support of Motion to Dismiss or, in the Alternative, to Transfer,** on Bradley C. Rosen, Esq., counsel for Plaintiff in the above-captioned matter via electronic mail and Federal Express.

_____
Kimberlyn Brzozowski