UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

        Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SCHWARTZ

        Defendants.

Case No. 07 CV 07701 (SAS) (AJP)

**DECLARATION OF
CHRISTOPHER J. MARINO**

---

Christopher J. Marino declares as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of New York and before this Court and associated with the law firm of Steptoe & Johnson LLP, attorneys of record for defendants The Firm, Inc. ("The Firm") and Constance Schwartz ("Schwartz"). I have personal knowledge of the matters stated herein, except where stated on information and belief, and if called as a witness, I would and could competently testify thereto.

2. I am informed and believe that, prior to filing the instant motion, Dylan Ruga, Esq., co-counsel (located in Los Angeles, California) for defendants The Firm and Schwartz sent a letter via electronic mail and Federal Express to Bradley C. Rosen, Esq., counsel to Plaintiff Natural Resources Media & Technology Group, LLC, advising him of Defendants' intent to file the herein motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      September 6, 2007

                                              Christopher J. Marino

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of September, 2007, I served a copy of the foregoing **Declaration Of Christopher J. Marino,** on Bradley C. Rosen, Esq., counsel for Plaintiff in the above-captioned matter via electronic mail and Federal Express.

*Kimberlyn Brzozowski*