UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                    Plaintiff,

    -against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SHWARTZ,

                    Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

Case No. 07 CV 7701 (SAS) (AJP)

**STIPULATION TO EXTEND
PLAINTIFF'S TIME TO OPPOSE
THE MOTION TO DISMISS;
[PROPOSED] ORDER THEREON**

       This stipulation is made by and between Plaintiff Natural Resources Media & Technology Group, LLC ("Natural Resources"), on the one hand, and Defendant The Firm, Inc. ("The Firm"), on the other hand, through their respective undersigned counsel of record, with reference to the following facts:

       WHEREAS, on September 6, 2007, The Firm filed a motion to dismiss the Complaint on the grounds that the Complaint fails to state a claim upon which relief may be granted (the "Motion");

       WHEREAS, Natural Resources' opposition to the Motion was originally due to be served on counsel to The Firm no later than October 9, 2007;

       WHEREAS, due to medical reasons, counsel for Natural Resources has requested an extension of the time to serve opposition to the Motion on counsel to The Firm to October 16, 2007;

       WHEREAS counsel for The Firm does not oppose the request; and

       WHEREAS no prior request for an extension has been made;

BASED UPON THE FOREGOING, **THE PARTIES HEREBY STIPULATE** and request this Honorable Court to order that:

1. Natural Resources' opposition to the Motion shall be filed and served on counsel to The Firm no later than October 16, 2007.

2. The Firm's reply papers, if any, shall be filed and served on counsel to Natural Resources no later than October 23, 2007.

Dated: New York, New York
October 8, 2007

LAW OFFICE OF ANASTASIOS SARIKAS

By: _____
Anastasios Sarikas (AS 2631)
23-09 31st Street
Astoria, NY 11105
(718) 545-8866

*Of Counsel:*

Bradley C. Rosen
LAW OFFICES OF
 BRADLEY C. ROSEN
159 Seneca Parkway
Rochester, New York 14613
(585) 458-7620

*Attorney for Plaintiff
 Natural Resources Media &
 Technology Group, LLC*

STEPTOE & JOHNSON LLP

By: _____
Michael C. Miller (MM 4632)
Evan Glassman (EG 9493)
Christopher J. Marino (CM 3219)
750 Seventh Avenue, Suite 1900
New York, NY 10019
(212) 506-3900

*Of Counsel:*

Michael R. Heimbold
Dylan Ruga
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
(310) 734-3200

*Attorneys for Defendants
 The Firm, Inc., d/b/a "The Firm,"
 and Constance Schwartz*

DATED: Oct. 10, 2007

SO ORDERED: _____
Hon. Shira A. Scheindlin, U.S.D.J.