UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                  Plaintiff,

  -against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SHWARTZ,

                  Defendants.

-------------------------------------------------------------X

Case No. 07 CV 7701 (SAS) (AJP)

NOTICE OF MOTION FOR
ADMISSION *PRO HOC VICE*

PLEASE TAKE NOTICE that Plaintiff hereby NATURAL RESOURCES MEDIA & TECHNOLOGY GROUP, LLC moves this Court for an Order pursuant to Local Rule 1.3(c) admitting Bradley C. Rosen *pro hoc vice* for all purposes in this matter. Plaintiffs rely upon the Affidavit of Anastasios Sarikas, sworn to September 5, 2007, the Affirmation of Bradley C. Rosen, affirmed September 5, 2007 and the Certificate of Good Standing issued by the Supreme Court of the State of New York, Appellate Division, Second Department, on September 17, 2007.

Dated: October 3, 2007
       New York, New York

                                      LAW OFFICE OF ANASTASIOS SARIKAS

                                      Anastasios Sarikas (AS-2631)
                                      23-09 31st Street
                                      Astoria, NY 11105
                                      (718) 545-8866
                                      *Attorney for Plaintiff*
                                      *Natural Resources Media &*
                                      *Technology Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SHWARTZ,

                Defendants.
----------------------------------------------------------X

Case No. 07 CV 7701 (SAS) (AJP)

AFFIDAVIT OF ANASTASIOS
SARIKAS IN SUPPORT OF THE
APPLICATION FOR ADMISSION *PRO
HOC VICE* BY BRADLEY C. ROSEN

STATE OF NEW YORK  )
                          } ss:
COUNTY OF NEW YORK  )

ANASTASIOS SARIKAS, being duly sworn, deposes and states as follows:

    1.    I am local counsel for plaintiff Natural Resources Media & Technology Group, LLC in the above captioned matter. I submit this affidavit in support of the Application for Admission *Pro Hoc Vice* of Bradley C. Rosen, and attorney with offices in Rochester, New York.

    2.    As set forth in the accompanying Affirmation of Bradley C. Rosen, affirmed September 4, 2007, a copy of which is annexed hereto as Exhibit "A," Mr. Rosen is a member in good standing of the bar of the State of New York. Mr. Rosen has represented plaintiffs in connection with numerous matters related to their businesses. He is familiar with the plaintiffs and their businesses and would like to represent them in this matter.

    3.    A copy of Mr. Rosen's Certificate of Good Standing, issued on September 17, 2007, is attached hereto as Exhibit "B."

    4.    A proposed Order is filed herewith.

WHEREFORE, it is respectfully requested that the application to admit Bradley C. Rosen *pro hoc vice* be granted.

_____
Anastasios Sarikas (AS-2631)

Sworn to before me this 31ST day of September, 2007

_____
Notary Public

JENNIFER AMARO
Notary Public, State of New York
No. 01AM6115550
Qualified in Queens County
Commission Expires September 7, 2008

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATURAL RESOURCES MEDIA             :
& TECHNOLOGY GROUP, LLC,            :
                                    :
                         Plaintiff, : Case No. 07 CV 7701 (SAS) (AJP)
            -against-               :
                                    : AFFIRMATION OF BRADLEY C.
SNOOP YOUTH FOOTBALL LEAGUE         : ROSEN IN SUPPORT OF THE
FOUNDATION, THE FIRM, INC., d/b/a "THE : APPLICATION FOR ADMISSION PRO
FIRM," and CONSTANCE SHWARTZ,       : HOC VICE BY BRADLEY C. ROSEN
                                    :
                         Defendants.:
-----------------------------------------------------------X
```

Bradley C. Rosen, an attorney duly licensed to practice law before the Courts of the State of New York, does affirm, under penalty of perjury, as follows:

1. I am an attorney for plaintiff Natural Resources Media & Technology Group, LLC in the above captioned matter. I submit this affirmation in support of my application for admission *pro hoc vice*.

2. I graduated from law school in 1988, and was admitted to the bar of the State of New York in 1988. I am also a member of the bar of the United States Court of Appeals for the Second Circuit and the United States District Court, Western District of New York. I remain in good standing with each of these courts.

3. I have never been held in contempt of court in any jurisdiction.

4. I have never been censured, suspended or disbarred by any court in any jurisdiction.

5. I have read and am familiar with the following: (a) the provisions of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and the practice in, the United States

District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; (d) the Federal Rules of Evidence; (e) the Local Rules of the United Stats District Courts for the Southern and Eastern Districts of New York; (f) the New York State Lawyer's Code of Professional Responsibility as adopted from time to time by the Appellate Divisions of the State of New York.

6.    I will faithfully adhere to all rules applicable to my conduct in connection with my activities in this Court.

Dated: October 4, 2007
       Rochester, New York

*signature*

Bradley C. Rosen (BR - 9561)



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Bradley Craig Rosen** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **10th** day of **May 1989** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **September 17, 2007**

*James Edward Pelzer*
Clerk

## Affidavit of Service by Mail

STATE OF NEW YORK)
COUNTY OF QUEENS ) ss.:

      Anastasios Sarikas, Esq., residing at Astoria, New York, being duly sworn, deposes and says:

      I am over the age of 18 and not a party to this action.

      On the 15th day of October, 2007, I served a true copy of the annexed:

### Notice of Motion for Admission *Pro Hoc Vice*

upon the following persons by depositing true copies thereof securely enclosed in a post paid wrapper, in a post office box regularly maintained by the United States Government at 22-68 31st Street, Astoria, New York 11105, directed to them at the address set forth below their names, those being the addresses within the States designated by them for that purpose upon the preceding papers in this action or the places where they then kept an office or resided, by certified mail, return receipt requested, ordinary mail with a certificate of mailing:

To:    Steptoe & Johnson, LLP.
          Michael C. Miller, Esq.
          Attorney for Defendant
          750 Seventh Avenue,
          Suite 1900
          New York, New York 10019

_____
ANASTASIOS SARIKAS, ESQ.

Sworn to before me this
15th day of October, 2007.

_____
Notary Public

JENNIFER AMARO
Notary Public, State of New York
No. 01AM6115550
Qualified in Queens County
Commission Expires September 7, 2008