UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

       Plaintiff,

 -against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SHWARTZ,

       Defendants.
------------------------------------------------------------X



Case No. 07 CV 7701 (SAS) (AJP)

ORDER GRANTING BRADLEY C.
ROSEN ADMISSION *PRO HOC VICE*

  Upon consideration of the Plaintiffs' letter application for admission *Pro Hoc Vice* of submitted by Anastasios Sarikas, dated October 16, 2007 and good cause having been shown, it is hereby:

  ORDERED that Bradley C. Rosen be, and hereby is, granted *pro hoc vice* admission pursuant to Local Rule 1.3(c) for all purposes in this action.

Dated: October 17, 2007

                 Hon. Shira A. Scheindlin, U.S.D.J.