UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                    Plaintiff,

    -against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SHWARTZ,

                    Defendants.

----------------------------------------------------------X

Case No. 07 CV 7701 (SAS) (AJP)

ORDER GRANTING BRADLEY C.
ROSEN ADMISSION *PRO HOC VICE*

Upon consideration of the Plaintiffs' Notice of Motion for the admission *Pro Hoc Vice* of Bradley C. Rosen, dated October 5, 2007, the Affidavit of Anastasios Sarikas, sworn to October 5, 2007, the Affirmation of Bradley C. Rosen, affirmed October 4, 2007 and the Certificate of Good Standing issued by the Supreme Court of the State of New York, Appellate Division, Second Department, on September 17, 2007, and good cause having been shown, it is hereby:

ORDERED that Bradley C. Rosen be, and hereby is, granted *pro hoc vice* admission pursuant to Local Rule 1.3(c) for all purposes in this action. The Clerk of the Court is directed to close this motion. (Doc. # 12)

Dated: October 19, 2007

_____
Hon. Shira A. Scheindlin, U.S.D.J.