**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------X
                                :

**NATURAL RESOURCES MEDIA**     :
**& TECHNOLOGY GROUP, LCC,**  :
                                :

         **Plaintiff,**        :        **ORDER**
                                :

        **-against-**       :        **07 Civ. 7701 (SAS)**
                                :

**SNOOP YOUTH FOOTBALL LEAGUE** :
**FOUNDATION, THE FIRM, INC., AND** :
**CONSTANCE SCHWARTZ**     :
                                :

        **Defendants.**    :
----------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      On September 6, 2007, the Court received a motion to dismiss filed

by the Firm, Inc. pursuant to Federal Rule of Procedure 12(b)(6).  Plaintiff has

requested leave to replead the complaint to correct any deficiencies and to more

fully allege relevant facts.  Plaintiff is hereby granted leave to replead.

Defendant's motion to dismiss is denied without prejudice and may be renewed

upon submission of the amended complaint.  The Clerk of the Court is directed to

close this motion [Docket # 5, 7].

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:        New York, New York
              November 30, 2007

2

- **Appearances** -

**For Plaintiff:**

Bradley C. Rosen, Esq.
Rochester, New York 14613
(585) 458-7620

**For Defendant The Firm, Inc.:**

Christopher Joseph Marino, Esq.
Steptoe & Johnson, LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
(212) 506-3900
Fax: (212) 506-3950