UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                 Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION and THE FIRM, INC., d/b/a
"THE FIRM,"

                 Defendants.

Case No. 07 CV 7701 (SAS) (AJP)

[~~PROPOSED~~] ORDER GRANTING
MICHAEL R. HEIMBOLD ADMISSION
PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

Upon consideration of the Defendants' letter application for admission pro hac vice submitted by Evan Glassman, Esq, dated December 14, 2007, and good cause having been shown, it is hereby:

ORDERED that Michael R. Heimbold, Esq. be, and hereby is, granted pro hac vice admission in the above-captioned matter pursuant to Local Rule 1.3(c). The admitted attorney is permitted to argue and/or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 per attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This order confirms your appearances as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above-listed case will be made on the roll of attorneys.

Dated:   New York, New York
          December 17, 2007

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.