UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

               Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION and THE FIRM, INC., d/b/a
"THE FIRM,"

               Defendants.

Case No. 07 CV 7701 (SAS) (AJP)

[PROPOSED] ORDER
GRANTING DYLAN RUGA, ESQ.,
ADMISSION *PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

Upon consideration of the Defendants' letter application for admission *pro hac vice* submitted by Evan Glassman, Esq. dated December 14, 2007, and good cause having been shown, it is hereby:

ORDERED that Dylan Ruga, Esq., be, and hereby is, granted *pro hac vice* admission in the above-captioned matter pursuant to Local Rule 1.3(c). The admitted attorney is permitted to argue and/or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 per attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This order confirms your appearance as counsel in this case, and will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

Dated:  New York, New York
         December 7, 2007

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.