

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SCHWARTZ

Case No. 07 cv 07701 (SAS) (AJP)

**STIPULATION TO CLARIFY THAT DEFENDANT CONSTANCE SCHWARTZ REMAINS DISMISED WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON**

       This stipulation is made by and between Plaintiff Natural Resources Media & Technology Group, LLC ("Natural Resources"), on the one hand, and Defendant Constance Schwartz ("Schwartz"), on the other hand, through their respective undersigned counsel of record, with reference to the following facts:

       **WHEREAS**, on or about September 14, 2007, Natural Resources and Schwartz submitted a stipulation to the Court that sought to dismiss Schwartz from this action without prejudice (the "Stipulation");

       **WHEREAS,** on or about September 21, 2007, the Court signed the Stipulation and dismissed Schwartz without prejudice;

       **WHEREAS,** on or about December 3, 2007, the Court granted Natural Resources leave to amend its Complaint in order to replead certain claims against defendant The Firm, Inc. ("The Firm");

Doc. # CC-164669 v 1

**WHEREAS**, on December 18, 2007, The Firm received an Amended Complaint filed by Natural Resources (the "Amended Complaint"), which asserts claims against both The Firm and Schwartz;

**WHEREAS**, Schwartz seeks to clarify that she has been be dismissed without prejudice from this action and has not been brought back into the action by virtue of the Amended Complaint; and

**WHEREAS**, Natural Resources seeks to clarify that it did not intend to bring Schwartz back into the action by virtue of the Amended Complaint.

BASED UPON THE FOREGOING, **THE PARTIES HEREBY STIPULATE** and request this Honorable Court to order that:

1. Schwartz remains dismissed without prejudice from this action and need not respond to the Amended Complaint;

2. The deadline for The Firm to respond to the Amended Complaint shall be January 14, 2008.

Dated: December 22, 2007        STEPTOE & JOHNSON, LLP

By: _____

Michael Heimbold
Dylan Ruga
Attorneys for Defendants
Constance Schwartz and The Firm, Inc.

Dated: December 22, 2007        LAW OFFICES OF BRADLEY C. ROSEN

By: _____

Bradley C. Rosen
Attorney for Plaintiff
Natural Resources Media & Technology Group, LLC

**IT IS SO ORDERED.**

DATED: January __, 2008
Dec 26, 2007

_____
The Hon. Shira A. Scheindlin
United States District Court Judge

- 3 -                                    Doc. # CC-164669 v.1