AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern      DISTRICT OF      New York

NATURAL RESOURCES MEDIA &
TECHNOLOGY GROUP, LLC,
    PLAINTIFF,
  -against-
SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC. d/b/ "THE FIRM,"
and CONSTANCE SHWARTZ,
    DEFENDANTS

**APPEARANCE**

Case Number:   07 CV 7701 (SAS) (AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SNOOP YOUTH FOOTBALL LEAGUE FOUNDATION

I certify that I am admitted to practice in this court.

JANUARY 14, 2008
Date

Signature *(Alison M. Haddock)*

Alison Marie Haddock    AH4350
Print Name    Bar Number

PROSKAUER ROSE LLP -- 1585 BROADWAY
Address

NEW YORK    NY    10036
City    State    Zip Code

(212)969-3334    (212)969-2900
Phone Number    Fax Number
ahaddock@proskauer.com