UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

           Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SCHWARTZ

           Defendants.

Case No. 07 cv 07701 (SAS) (AJP)

(Oral Argument Requested)

**NOTICE OF MOTION**

---

    PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law and all prior pleadings and proceedings herein, defendant The Firm, Inc. ("The Firm"), by its counsel, Steptoe & Johnson LLP, will move this Court before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, New York, New York on February 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint of plaintiff Natural Resources Media & Technology Group, LLC, together with such other and further relief as this Court deems just and proper.

                                      STEPTOE & JOHNSON LLP

                                      By: _____
                                           Michael C. Miller
                                           Evan Glassman
                                           Christopher J. Marino
                                           750 Seventh Avenue, Suite 1900
                                           New York, NY 10019
                                           (212) 506-3900

Attorneys for Defendants
*THE FIRM, INC., d/b/a "THE FIRM"*

*Of Counsel:*
Michael R. Heimbold (admitted *pro hac vice*)
Dylan Ruga (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
(310) 734-3200

## CERTIFICATE OF SERVICE

I hereby certify that Defendant The Firm, Inc. served upon the parties listed below a true and correct copy of Defendant The Firm, Inc.'s Notice of Motion, by electronic mail and by causing the same to be sent via Federal Express on January 14, 2008.

*Kimberlyn Brzozowski*

Bradley C. Rosen, Esq.
159 Seneca Parkway
Rochester, New York 14613
 (admitted *pro hac vice*)

Anastasios Sarikas, Esq.
23-09 31st Street
Astoria, NY 11105

*Attorneys for Plaintiff*
*Natural Resources Media &*
*Technology Group, LLC*

Alison M. Haddock, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

*Attorneys for Defendants*
*Snoop Youth Football League*
*Foundation*