UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SHWARTZ,

                Defendants.

-----------------------------------------------------------X

Case No. 07 CV 7701 (SAS) (AJP)

**STIPULATION RE DEADLINE FOR DEFENDANT THE FIRM, INC.,'S RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

This stipulation is made by and between Plaintiff Natural Resources Media & Technology Group, LLC ("Natural Resources"), on the one hand, and Defendant The Firm, Inc. ("The Firm"), on the other hand, through their respective undersigned counsel of record, with reference to the following facts:

**WHEREAS**, on or about December 18, 2007, The Firm received an Amended Complaint filed by Natural Resources (the "Amended Complaint");

**WHEREAS**, on or about January 14, 2008, The Firm filed a motion to dismiss the Amended Complaint; and

**WHEREAS**, on or about March 14, 2008, this Court entered an Order and Opinion on The Firm's motion to dismiss the Amended Complaint denying said motion in part and granting said motion in part.

BASED UPON THE FOREGOING, THE PARTIES HEREBY STIPULATE and

request this Honorable Court to order that:

1. The Firm's time to serve and file a responsive pleading to the Amended Complaint shall be extended from March 28, 2008 until April 8, 2008.

Dated: New York, New York
~~September 14, 2007~~ APRIL 3, 2008

LAW OFFICE OF BRADLEY C. ROSEN, ESQ., P.C.

By: _____
Bradley C. Rosen
LAW OFFICES OF
BRADLEY C. ROSEN
159 Seneca Parkway
Rochester, New York 14613
(585) 458-7620

*Attorney for Plaintiff*
*Natural Resources Media &*
*Technology Group, LLC*

STEPTOE & JOHNSON LLP

By: _____
Michael C. Miller
Evan Glassman
Christopher J. Marino
750 Seventh Avenue, Suite 1900
New York, NY 10019
(212) 506-3900

Michael R. Heimbold
Dylan Ruga
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
(310) 734-3200

*Attorneys for Defendants*
*The Firm, Inc., d/b/a "The Firm,*
*and Constance Schwartz*

DATED:

SO ORDERED
_____
Hon. Shira A. Scheindlin, U.S.D.J.
Date: April 7, 2008