UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

                Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, et al.,

                Defendants.

------------------------------------------------------------X

Case No. 07 CV 7701 (SAS) (AJP)

**STIPULATION AND ORDER TO FILE A THIRD PARTY COMPLAINT**

## STIPULATION AND ORDER TO FILE A THIRD PARTY COMPLAINT

WHEREAS the parties to the above-captioned lawsuit have consented to the filing of a Third-Party Complaint against Axcess Sports; and

WHEREAS bringing third-party claims into this action will enhance judicial economy and efficiency;

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by the undersigned that Snoop Youth Football League may file a Third-Party Complaint against Axcess Sports.

This Stipulation may be executed in counterparts, and when each party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute a Stipulate and Order which shall be binding and effective as to the Parties and each of them.

Dated: May 1, 2008

_[signature]_

Law Offices of Bradley C. Rosen, Esq. P.C.
by Anastasios Sarikas (AS 2631)
For Plaintiff
23-09 31st Street
Astoria, NY 11105
(718) 545-8866

_[signature]_ m LMM

Steptoe & Johnson, LLP
by ~~Christopher J. Marino~~ Dylan Ruga
750 Seventh Avenue
Suite 1900
New York, New York 10019
(212) 506-3900

_[signature]_ Alison M. Haddock

Proskauer Rose LLP
by Alison M. Haddock (AH4350)
1585 Broadway
New York, NY 10036
(212) 969-3334
*for Defendant Snoop Youth Football League*

SO ORDERED:

_[signature]_

SHIRA A. SCHEINDLIN
U.S.D.J.

5/5/08

6797/34174-008 Current/11101086v1