## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on May 16, 2008, rather than on May 14, 2008, I caused Defendant Snoop Youth Football League's Third Party Complaint to be served upon counsel for Plaintiffs Natural Resources Management via First Class Mail, to:

Bradley Rosen
Law Offices of Bradley C. Rosen, Esq. P.C.
23-09 31st Street
Astoria, NY 11105

and a copy of same to be served upon counsel for Defendants The Firm, Inc. to:

Christopher J. Marino
Steptoe & Johnson, LLP
750 Seventh Avenue
Suite 1900
New York, New York 10019

*Alison M. Haddock*
Alison M. Haddock