UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

NATURAL RESOURCES MEDIA & TECHNOLOGY
GROUP, LLC,

                       Plaintiff,

             - against -

SNOOP YOUTH FOOTBALL LEAGUE FOUNDATION,

       Defendant and Third-Party Plaintiff,

AXCESS SPORTS & ENTERTAINMENT LLC,

       Third-Party Defendant.

-------------------------------------------------------X

**Case No. 07 CV 7701 (SAS) (AJP)**

**AFFIDAVIT OF SERVICE**

STATE OF FLORIDA    )
                      )ss.:
COUNTY OF DUVAL    )

_JoAnn Lewis_____, being duly sworn deposes and says that:
Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Florida.

On May _20_, 2008, at approximately _10:25_ A.m. at 238 Ponte Vedra Park

Blvd., Suite 102, Ponte Vedra, Florida 32082, deponent served the within Third Party Summons in

a Civil Action, Third Party Complaint of Defendant and Third Party Plaintiff Snoop Youth Football

League with Exhibits upon **Axcess Sports & Entertainment LLC** by delivering to and leaving

with _Pierre Damours_____ (name), _President_____ (title) a true and

correct copy of said documents.

At the time of said service, _Pierre Damours_____ (name) stated that s/he is duly

authorized to accept service of legal process for Axcess Sports & Entertainment LLC.

_JoAnn Lewis_____ (name)  is described as a (describe race/ethnicity) _White_

(male)/female, approximately _30 is Lates_____ years of age, _141_____ lbs., _____

tall, with _Black_____ hair.

_____
(PROCESS SERVER'S SIGNATURE)

_JoAnn Lewis_
(PRINT NAME)

Sworn to before me this
_20_ day of May, 2008

_____
Notary Public
DAVID L. VALENTINE
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD388747
EXPIRES 2/2/2009
BONDED THRU 1-888-NOTARY1