USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

               Plaintiff,

-against-

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, THE FIRM, INC., d/b/a "THE
FIRM," and CONSTANCE SCHWARTZ

---

Case No. 07 cv 07701 (SAS) (AJP)

**STIPULATION TO DISMISS
DEFENDANT THE FIRM, INC.
WITHOUT PREJUDICE; [PROPOSED]
ORDER THEREON**

    This stipulation is made by and between Plaintiff Natural Resources Media & Technology Group, LLC ("Natural Resources"), on the one hand, and Defendant The Firm, Inc. ("The Firm"), on the other hand, through their respective undersigned counsel of record, with reference to the following facts:

    **WHEREAS**, on or about July 31, 2007, Natural Resources served The Firm with a Supplemented Summons and Supplemented Complaint that included claims against The Firm for alleged tortious interference with contractual relations and defamation (the "Complaint");

    **WHEREAS**, on or about September 7, 2007, The Firm filed a motion to dismiss the Complaint;

    **WHEREAS**, on or about December 3, 2007, the Court granted Natural Resources leave to amend its Complaint in order to replead certain claims against defendant The Firm;

    **WHEREAS**, on December 18, 2007, The Firm received an Amended Complaint filed by Natural Resources, which re-asserts claims against The Firm for alleged defamation and tortious interference with contractual relations (the "Amended Complaint");

Doc. # CC-174464 v.1

**WHEREAS,** on or about January 14, 2008, The Firm filed a motion to dismiss the Amended Complaint;

**WHEREAS,** on or about March 14, 2008, the Court granted in part and denied in part The Firm's motion to dismiss the Amended Complaint;

**WHEREAS,** Natural Resources now seeks to dismiss The Firm from this action without prejudice; and

**WHEREAS,** The Firm seeks to be dismissed from this action without prejudice.

BASED UPON THE FOREGOING, **THE PARTIES HEREBY STIPULATE** and request this Honorable Court to order that:

1. The Firm is hereby dismissed from this action without prejudice.

Dated: May 27, 2008          STEPTOE & JOHNSON, LLP

By: _____

Michael Heimbold
Dylan Ruga
Attorneys for Defendant
The Firm, Inc.

Dated: May 27, 2008          LAW OFFICES OF BRADLEY C. ROSEN

By: _____

Bradley C. Rosen
Attorney for Plaintiff
Natural Resources Media & Technology Group, LLC

IT IS SO ORDERED.

DATED: May 27/2008

_____
The Hon. Shira A. Scheindlin
United States District Court Judge