Scheindlin J

Stipulation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC

        Plaintiff

    v.

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, et. al.

        Defendants
----------------------------------------------------------------x
SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION

        Defendant and
        Third-Party Plaintiff

    v.

AXCESS SPORTS & ENTERTAINMENT, LLC

        Third-Party Defendant.
----------------------------------------------------------------x

Case No.: 07 CV 7701(SAS)(AJP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

    IT IS HEREBY STIPULATED AND AGREED, that the time for Defendant Axcess Sports & Entertainment, LLC to appear and answer, or to otherwise move with regard to the third-party complaint in this action, be and the same hereby is extended to and including July 17, 2008.

    IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed and submitted in counterparts and that facsimile signatures shall be deemed as valid as original signatures.

Dated: June 5, 2008
       New York, New York

PROSKAUER ROSE LLP

By: _____
    Alison M. Haddock (AH4359)
1585 Broadway
New York, New York 10036
212.969.3000
*Attorneys for Third Party Plaintiff*

SO ORDERED:
_____
U.S.D.J.

Dated: June 6, 2008
       New York, New York

WELTMAN & MOSKOWITZ, LLP

By: _____
    Richard E. Weltman (RW3169)
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Attorneys for Third Party Defendant*

Dated: 6/9/08

F:\AXCESS SPORTS\STIP TO EXTEND TIME.nc