USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/16/08

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Alison M. Haddock
Attorney at Law

Direct Dial 212.969.3334
ahaddock@proskauer.com

July 14, 2008

BY FAX



Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007

Re:   Natural Resources Media et al v. Snoop Youth Football League Foundation, 07-CV-07701-SAS

Dear Judge Peck:

We represent Snoop Youth Football League Foundation ("SYFL") in the above-referenced matter. We write, pursuant to your Individual Practice Rule 1(E), to request an adjournment of the settlement conference currently scheduled for August 6, 2008 at 2:00 p.m. Axcess Sports & Entertainment LLC ("Axcess") has not yet filed their Answer to SYFL's Third-Party Complaint and the parties believe settlement discussions would be more fruitful after Axcess Answers and there has been further discovery. This is Defendant's first request for an adjournment in this case. Counsel for Plaintiffs and Third-Party Plaintiffs consent to this request and are available on October 8, 2008.

In light of the above, we respectfully request that the Court grant an adjournment of the settlement conference to October 8, 2008.

We are available at Your Honor's convenience to address any questions that may arise.

**MEMO ENDORSED** 7/16/08

[Handwritten endorsement, partially illegible:] Settlement conf. adjourned at parties' req. to 10/7/08 at 9:30 AM. [illegible] — the parties are to [illegible] joint [illegible] — see [illegible] must do by 7/30.

**BY FAX**

SO ORDERED:
[signature]
Hon. Andrew J. Peck
United States Magistrate Judge

PROSKAUER ROSE LLP

Magistrate Judge Andrew J. Peck
July 14, 2008
Page 2

Respectfully submitted,

*Alison M. Haddock*

Alison M. Haddock

cc:   Bradley C. Rosen, Esq.
      Richard E. Weltman, Esq.
      Hayes Michel, Esq.

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** July 16, 2008                                **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Alison M. Haddock, Esq. | 212-969-2900 |
| Dylan Ruga, Esq. | 310-734-3300 |
| Christopher J. Marino, Esq. | 212-506-3950 |
| Bradley C. Rosen, Esq. | 646-349-3511 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/16/08**

Settlement conf. adjourned at parties' request to **10/7/08** at 9:30 AM.

Reminder – The parties are to be present, not just counsel – see original order scheduling the settlement conf. Settlement memos due 9/30.

**Copy to:** Judge Shira A. Scheindlin