Scheindlin D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
NATURAL RESOURCES MEDIA
& TECHNOLOGY GROUP, LLC,

          Plaintiff,

    v.

SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION, et. al.,

          Defendants.
----------------------------------------------------------x
SNOOP YOUTH FOOTBALL LEAGUE
FOUNDATION,

          Defendant and
          Third-Party Plaintiff,

    v

AXCESS SPORTS & ENTERTAINMENT, LLC,

          Third-Party Defendant.
----------------------------------------------------------x

Case No.: 07 CV 7701(SAS)(AJP)

STIPULATION EXTENDING
TIME OF THIRD-PARTY
DEFENDANT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/08

    **IT IS HEREBY STIPULATED AND AGREED,** that the time for Defendant Axcess Sports & Entertainment, LLC to appear and answer, or to otherwise move concerning the above third-party summons and complaint in this action, be and the same hereby is extended through and including September 23, 2008.

    **IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may be executed and submitted in counterparts, and that facsimile signatures shall be deemed as valid as original signatures.

Dated: August 11 2008

**PROSKAUER ROSE LLP**

By: _____
    Alison M. Haddock (AH4350)
1585 Broadway
New York, New York 10036
212.969.3000
*Attorneys for Third-Party Plaintiff*

SO ORDERED:

_____
U.S.D.J.

Dated: August 11 2008

**WELTMAN & MOSKOWITZ, LLP**

By: _____
    Richard E. Weltman (RW3169)
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800
*Attorneys for Third-Party Defendant*

Dated: 8/13/08

F:\AXCESS SPORTS\STIP TO EXTEND TIME3.doc